IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TERESA T. AFOA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-10-658-F |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

United States Magistrate Judge Bana Roberts issued a Report and Recommendation on May 16, 2011, wherein she recommended that defendant's final decision denying plaintiff's application for disability insurance benefits and supplemental security income payments be affirmed.

Presently before the court is plaintiff's objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis and recommendation of Magistrate Judge Roberts. The court finds plaintiff's objection to be without merit. The court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by Magistrate Judge Bana Roberts on May 16, 2011 (doc. no. 25) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of

the Social Security Administration, denying plaintiff, Teresa T. Afoa's applications for disability insurance benefits and supplemental security income payments is **AFFIRMED**.

**IT IS SO ORDERED** this 22nd day of June, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0658p002.wpd